IN THE COURT OF CRIMINAL
APPEALS IN AUSTEN TEXAS                    63,583-26

This document contains some
pages that are of poor quality
at the time of imaging.

RONNIE TURNER                    *
VS                               *        C-3-01-02-67-0941085
THE HON, ROBB CATALANO           *
                                 *        RECEIVED IN
                                 *        COURT OF CRIMINAL APPEALS
                                 *
                                          JUL 08 2015
            COVER LETTER
                                          Abel Acosta, Clerk

DEAR DEPUTY CLERK CINDY DUTRA AND CLERK OF COURT
OF CRIMINAL APPEALS: ENCLOSED PLEASE FIND THE FOLLOWING
(1) THE APPLICANT MOTION FOR LEAVE TO PETITION FOR A WRIT OF
MANDAMUS WITH ATTACHMEN AFFIDAVIT FROM JENNIFER PULLINS. ALSO
EXHIBIT (A) FIRST LETTER BRIEF TO THE HON ROBB CATALANO, STAMP FILED
EXHIBIT (B) SECOND LETTER BRIEF TO THE HON ROBB CATALANO, STAMP FILED
AFFIDAVIT OF INDIGENCE, INFORMA PAUPERIS, COPY OF INMATE
TRUST ACCOUNT. EXHIBIT (C) SUBSEQUENT WRIT STAMP FILED COPY, TWO
LEGAL LETTER FROM DEPUTY CLERK CINDY DUTRA, LEGAL LETTER
FROM THE APPLICANT.
(2) THE APPLICANT WRIT OF MANDAMUS.
PLEASE STAMP-DATE AND FILE THE ABOVE DOCUMENT WITH THE
COURT OF CRIMINAL APPEALS CLERK IN AUSTEN TX.
ALSO ON BEHALF OF THE INDIGENT OFFENDER WOULD YOU
PLEASE SERVE A COPY TO ALL PARTIE IN THE MATTER, THE
HON, ROBB CATALANO, AND TO DISTRICT ATTORNEY SHARON
WILSON. ALSO PLEASE FIND ONE SELF ADDRESS ENVELOP
PLEASE FOWARD A STAMP FILED COPY BACK TO ME AT THE
ADDREASS BELOW, THANK YOU FOR YOUR TIME IN THIS MATTER ALSO
WOULD YOU PLEASE FOWARD A COPY TO THE INNOCENT PROJECT OF TEXAS.
            RESPECTFULLY SUBMITTED

            Ronnie Turner #1336062
            RONNIE TURNER #1336062
            HUGHE UNIT RT-2 BOX 4400
            GATESVILLE TX 76597

EXECUTED ON THIS THE___7___ DAY OF July 2015

IN THE COURT OF CRIMINAL
APPEAL IN AUSTEN TEXAS

C-3-01-02-67-0941085
THE APPLICANT PETION FOR
A WRIT OF MANDAMUS FOR AN ORDER
AUTHORIZING THE HON. ROBB CATALANO TO RELEAS
EMFORMATION TO THE INNOCENT PROJECT OF TEXAS

RONNIE TURNER
VS
THE HON. ROBB CATALANO

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 08 2015

Abel Acosta, Clerk

MAY IT PLEASE THE COURT NOW COMES RONNIE
TURNER THE APPLICANT IN THE ABOUE STYLES IN NUMBER
PETION THE COURT FOR AN ORDER AUTHORISING THE
HON. ROBB CATALANO OF CRIMINAL DISTRICT COURT
NUMBER THREE IN TARRANT COUNTY TEXAS TO RELEAS
TO THE INNOCENT PROJECT OF TEXAS ANY AND ALL
ENTITIES TO THE CLINIC OR ITS STAFF OR REPRESEN-
TIVES ANY AND ALL RECORDS, FILES REPORTS AND
INFORMATION OF ANY KIND RELATED TO THE APPLICANT
RONNIE TURNER OR TO ANY CRIMINAL CASE INVOLING
THE APPLICANT INCLUDING POLICE REPORTS, WITNESS
STATEMENT, POST CONVICTION PLEADING, DETECTIVE
REPORT, PRE TRIAL IDENTIFICATION REPORT AND
CORRECTIONAL RECORDS, PRE SENTENCING REPORT
AND OTHER DOCUMENTS MEDICAL RECORD, LABORATORY
ANALYSIS PROBATION REPORT, ANY ATTORNEY
FILES AND RECORDS AND ANY INFORMATION NECESSARY
TO THE CLINC. TO WORK ON THE APPLICANT BEHALF.
THE APPLICANT COMES BEFORE THIS COURT AS HES LAST AND
FINAL RESORT, BEFORE COMEINC TO THIS COURT THE APPLICANT
IN GOOD FAITH MADE TWO SEPRITE ATTEMP BY LETTER BRIEF TO
THE HON. ROBB CATALANO CONSERNING THIS MATTER OF RELEASING
LEGAL DOCUMENT TO THE INNOCENT PROJECT OF TEXAS.
SEE EXHIBIT (A) AND (B) THAT IS ATTACHED TO THE MOTION FOR LEAVE
TO FILE WRIT OF MANDAMUS.

# STATEMENT OF THE CASE
*
*
*

THE APPLICANT WAS TRIED AND CONVICTED IN THE CRIMINAL DISTRICT COURT NO.#3 IN TARRANT COUNTY TEXAS, HON. ELIZABETH BERRY DISTRICT JUDGE PRESIDING, IN CASE NO.# 0941085 STYLED AS THE STATE OF TEXAS VS RONNIE TURNER. THE INDICTMENT WAS RETURNED ON OCTOBER 13TH 2004 AND ALLEGED THAT ON OR ABOUT JULY 16, 2004 THE APPLICANT HAD COMMITTED THE FELONY OFFENSE OF AGGRAVATED ROBBERY WITH A DEADLY WEAPON (C.2) THE TRIAL COMMENCED ON OCTOBER 31 2005 WITH JURY VOIR DIRE. (R.II)

THE APPLICANT PLEAD NOT GUILTY TO THE INDICTMENT C.II-452-R.III-8) THE JURY FOUND THE APPLICANT GUILTY AS CHARGED IN THE INDICTMENT. C.II-453-R.IV-26 THE JURY WAS THEN DISMISSED. AFTER THE FELONY REPEAT OFFENDER NOTICE ALLEGATION OF THE INDICTMENT WERE READ TO THE APPLICANT, HE ENTERED A PLEA OF TRUE THERETO. C.II-460-R IV-23 BOTH SIDE THEN CLOSED. PENALTY PHASE OF THE TRIAL. R.IV-30 THE JUDGE FIXED THE APPLICANT PUNISHMENT AT (45) IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE. AND THE APPLICANT APPEALED HIS CONVICTION IN THE 2ND COURT OF APPEALS, APPEAL NO.# 02-05-427-CR AFFIRMED 2-1-06 THE APPLICANT FILED HIS P.D.R IN COURT OF CRIMINAL APPEAL NO.# 176606 REFUSED 2-7-07 THE APPLICANT DOES NOT HAVE ANY POST CONVICTION PENDING IN THE STATE OR FEDERAL COURT. SEE ATTACHMENT SUBSEQUENT WRIT 11.07 4 (A) WRIT NO.# C-3-01-02-67 "EXHIBIT (●)" (C) THAT IS ATTACHED ON THE END OF THE MOTION FOR LEAVE TO PETITION FOR A WRIT OF MANDAMUS.

#2

THE INITIAL STATE WRIT 11.07 WR NO.# C-3-008081-0941085 WAS DENIED ON SEPTEMBER 10TH 2009 C.C.A NO.# 63-583-12

ON NOVEMBER 2. 2005 THE APPLICANT WAS FOUND GUILTY FOR THE FELONY OFFENSE OF AGGRAVATED ROBBY WITH A DEADLY WEAPON CASE NO.# 0941085. IN CRIMINAL DISTRICT COURT IN TARRANT COUNTY TEXAS.

ON JANUARY 20TH 2012 THE APPLICANT RECIVED NEWLY EVIDENCE THAT WAS UNAVALIBLE TO HIM AT THE TIME OF TRIAL, THE APPLICANT RECIVED AN AFFIDAVIT FROM AN ALIBI DEFENSE WITNESS MRS JENNIFER PULLINS. SEE SCHULP VS DELO 513 U.S 298, 115 S.CT 851 1995.

ON JULY 30TH 2014 THE APPLICANT FILED HES SUBSEQUENT STATE WRIT 11.07 § 4 (A) WRIT NO.# C-3-01-02-67-0941085 THE STATE REFUSED TO FILE A RESPONCE AND THE TRIAL COURT FAILED TO DO A FINDING OF FACT ON THE NEW EVIDENCE, AND REFUSED TO HOLD AN EVIDENTRY HEARING ON THE NEW EVIDENCE STATEMENT AFFIDAVIT FROM MRS PULLINS. C.C.A ▬▬▬▬ DISMISSED THE SUBSEQUENT WRIT WITH OUT WRITEN ORDER. 63-583-

ON FEBUARY 4TH 2015 THE APPLICANT FILED HES ACTUAL INNOCENT CLAIM AND PROVIDED THE TRIAL COURT JUDGE THE HON. ROBB CATALANO AND THE DISTRICT ATTORNEY SHARON WILSON WITH A COPY OF THE INNOCENT PROJECT QUESTONER APPLICATION SHOWING STAMP FILED. IN SIDE THE QUESTONER APPLICATION IS A CONSENT TO RELEASE INFORMATION FORM SIGND BY THE APPLICANT TO RELEASE INFORMATION TO THE INNOCENT APPLICANT PROJECT. THE HON. ROBB CATALANO HAS YENT TO SIGN AN ORDER FOR THE DISTRICT CLERK TOM WILDER TO FOWARD ANY AND ALL LEGAL DOCUMENT TO THE INNOCENT PROJECT OF TEXAS. SEE ATTACHMENT FOR THE FORM CONSENT TO RELEAS INFORMATION TO THE INNOCENT PROJECT, THAT IS ATTACHED AT THE END OF THIS WRIT OF MANDAMUS.

#3

# ACTUAL INNOCENT CLAIM

THE APPLICANT RONNIE TURNER IS CLAIMING ACTUAL INNOCENT AND FOR THE HON, ROBB CATALANO REFUSING TO FOWARD THE MUCH NEEDED DOCUMENT TO THE INNOCENT PROJECT OF TEXAS WOULD BE TO DENY THE APPLICANT DUE PROC AND A MIST CARRIAGE OF JUSTICE SEE. DUGGER VS ADAMS 489 US 401, 109 S.CT 1211, 103, L.Ed 2d 435 (1987). THE APPLICANT IN GOOD FAITH HAS MADE TWO SEPRATE ATTEMPS BY SENDING LETTER BRIEF TO THE HON, ROBB CATALANO TO FOWARD THE RECORDS AND LEGAL DOCUMENT TO THE INNOCENT PROJECT OF TEXAS. SEE EXHIBIT (A) AND (B) THE APPLICANT RONNIE TURNER COMES BEFORE THIS COURT AS HES LAST AND FINAL RESORT, TO HAVE THE LEGAL DOCUMENT RELEAST TO THE INNOCENT PROJECT OF TEXAS THANK YOU.

WHEREFORE PREMESSES AND CONCIDER THE APPLICANT PRAY THAT THE WRIT BE GRANTED AND THAT THIS COURT ISSUE AN ORDER AUTHORISING THE HON, ROBB CATALANO TO RELEASE ANY AND ALL RECORDS INFORMATION TO THE INNOCENT PROJECT OF TEXAS

RESPECT FULLY SUBMITTED

Ronnie Turner #1336061
RONNIE TURNER #1336061
HUGHE UNIT RT-2 BOX 4400
GATESVILLE TX 76597

#4

## INMATE UNSWORN DECLERATION

\* 
\* 
\* 
\*

I RONNIE TURNER #1336062 BEING CURRENTLY INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMENAL JUSTICE AT THE ALFRED D. HUGHE UNIT RT-2 BOX 4400 IN GATESVILLE TEXAS 76597 DO DECLAIR UNDER PENALTY OF PERJURY THAT THE ABOVE STATEMENT IS TRUE AND CORRECE. EXECUTED ON THIS THE _____ DAY OF _____ 2015

Ronnie Turner #1336061
RONNIE TURNER #1336062
HUGHE UNIT RT-2 BOX 4400
GATESVILLE TX 76597

#5

# CERTIFICATE OF SERVICE

\* \* \* \*

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT WAS MAILED TO THE DISTRICT ATTORNEY SHARON WILSON OF TARRANT COUNTY TEXAS ON THIS THE ___7TH___ DAY OF ___JULY___ 2015 AND TO THE HON. ROBB CATALANO

Ronnie Turner #1336062

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT WAS MAILED TO CASE DIRECTOR MRS JENNIFER MIREL OF THE INNOCENT PROJECT OF TEXAS AT 1511 TEXAS AVE IN LUBBOCK TEXAS 79401
ON THIS THE ___7TH___ DAY OF ___JULY___ 2015

Ronnie Turner #1336062

#7

# CONSENT FOR RELEASE OF INFORMATION

By signing below, I authorize _INNOCENT PROJECT OF TEXAS_ *MRS JENNIFER MERLL CASE DIRECTOR*

[*insert name of clinic*]

(hereinafter "Clinic") its staff or representatives to investigate my case, communicate with my former attorneys, prosecutors, witnesses, the Texas Department of Criminal Justice, Texas Board of Pardons and Paroles, probation and parole officers, and all other persons or governmental agencies that may have information that the Clinic deems necessary in evaluating my case. I specifically waive the attorney-client privilege existing between myself and my former attorneys, paralegals, legal assistants, investigators and other representatives who worked on my behalf and grant them permission to speak to the Clinic's attorneys, staff and representatives investigating my case.

I authorize any and all entities to release to the Clinic or its staff or representatives, any and all records, files, reports and information of any kind related to me or to any criminal case involving me, including police reports, witness statements, post conviction pleadings and correctional records, pre-sentencing reports and other documents in prison social services and legal files, legal papers, court documents, medical records, laboratory analysis, probation reports, attorneys' files and records, and any information necessary to the Clinic to work on my behalf.

I also authorize the release to the Clinic or its staff or representatives any and all records and information in the possession of the Texas Department of Criminal Justice Correctional Institutions Division, Custodian of Medical Records, Unit Classification, or any other state or federal penal institution, including juvenile facilities or mental health or medical facilities, rehabilitation clinics or centers, and any court or probation department, including juvenile. I authorize the release of any documents in the possession of the Federal Bureau of Investigation or any other federal, state, or local law enforcement agency. I also authorize the release of any and all military records.

I further authorize the release of any and all information and records from public or private schools, medical or mental health institutions, or other such institutions, including all prison reports and records, all medical and psychiatric or mental health records, notes, nursing sheets, hospitalization records, physician notes or prescriptions, or any other type of report or record maintained by any of the above institutions, including records concerning substance abuse. I also authorize release of any and all employment records. I also authorize release of any and all records made by or in the possession of any and all attorneys.

I understand that there may be statutes, rules and regulations that protect my confidentiality of some of the records, files, reports and information covered by this release; it is my specific intent to waive the protection of all such statutes, rules and regulations so that confidential information can be shared with the Clinic.

I further authorize the Clinic to disseminate information, other than confidential information, to other persons or entities as may be necessary to fully investigate my case or to assist me with receiving services from such persons. I authorize the Clinic to enter pertinent information into a network database that will be accessed by other clinics pursuing innocence claims.

I understand that by conducting an initial investigation, the Clinic is not agreeing to represent me. I further understand that at any point the Clinic, at its sole discretion, may determine that further investigation is not warranted, and is under no obligation to continue to represent me or investigate my case.

A photocopy of this document shall have the same effect as the original.

By my signature below, I represent that this waiver is voluntary and given without any reservation. This authorization is effective until revoked by the undersigned in writing.

Signature: _Ronnie Turner_ Date of Birth: _12-19-64_

Printed Name: _Ronnie Turner_ TDCJ No.: _#1336061_

Date: _9-23-15_

Witness Signature: _____

Witness Printed Name: _____ Date: _____

C-3-01-02-67-0941085

RONNIE TURNER

vs
THE HON, ROBB CATALANO

\* \* \* \* \* \*

COURT OF CRIMINAL
APPEALS IN AUSTEN
TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 08 2015

Abel Acosta, Clerk

THE APPLICANT MOTION FOR
LEAVE TO PETITION FOR A
WRIT OF MANDAMUS FOR AN ORDER
AUTHORISING THE HON, ROBB CATALANO
TO RELEASE INFORMATION TO THE
INNOCENT PROJECT OF TEXAS ALSO
SEE ATTACHMENT. EXHIBIT (A) (B) (C)

TO THE HONORABLE COURT OF CRIMINAL APPEALS
NOW COMES RONNIE TURNER THE APPLICANT IN
THE ABOVE STYLES IN NUMBER PETITION THE COURT
TO ISSUE A WRIT OF MANDAMUS AND WOULD SHOW THE
FOLLOW. THE APPLICANT IS A INDIGENT OFFENDER CLAIMING
ACTUAL. HAS FILED AN ACTUAL INNOCENT CLAIM APPLICATION
THROUGH THE TRIAL COURT AND THE DISTRICT ATTORNEYS OFFICE
IN TARRANT COUNTY TX. HOWEVER, THE INDIGENT OFFENDER
HAS BEEN TOLD THAT HE MUST PERCHEST THE RECORDS BEFORE
THEY CAN BE SENT TO THE INNOCENT PROJECT OF TEXAS
SEE ATTACHMENT LETTER CINDY DUTRA LEAD APPEALS CLERK.

STATEMENT OF THE CASE
I.
THE APPLICANT WAS TRIED AND CONVICTED IN CRIMINAL
DISTRICT COURT NUMBER THREE IN TARRANT COUNTY TEXAS,
HON, ELIZABETH BERRY DISTRICT JUDGE PRESIDING.
IN NUMBER #0941085 D STYLED AS THE STATE OF TEXAS
VS RONNIE TURNER." THE INDICTMENT WAS RETURNED
ON OCTOBER 13, 2004 AND ALLEGED THAT ON JULY 16[th] 2004
THE APPLICANT HAD COMMITTED THE FELONY OFFENSE
OF AGGRAVATED ROBBERY WITH A DEADLY WEAPON
(C.2) THE TRIAL COMMENCED ON OCTOBER 31, 2005
WITH JURY VOIR DIRE. (R. II)

THE APPELLANT PLEAD NOT GUILTY TO THE INDICTMENT C. II-452 R. III-8) THE JURY FOUND THE APPLICANT GUILTY AS CHARGE IN THE INDICTMENT. C. II-458. R V. IV-26 IV-26 THE JURY WAS THEN DISMISSED. AFTER THE FELONY REPEAT OFFENDER NOTICE ALLEGATION OF THE INDICTMENT WERE READ TO THE APPLICANT, HE ENTERED A PLEE OF TRUE THERETO. (C. II-460. R. IV-28) BOTH SIDES THEN CLOSED THE EVIDENCE AT THE PENALTY PHASE OF THE TRIAL. R. IV-30) THE JUDGE THEN FIXED THE APPLICANT PUNISHMENT AT (45) YEARS IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND THE APPLICANT WAS THEN SENTENCED ON NOVEMBER 2, 2005. C. II-460-62. R. IV-33

THE APPLICANT APPEALED HES CONVICTION IN THE SECOND COURT OF APPEALS IN TARRANT COUNTY TEXAS APPEAL NO.# 02-05-427-CR AFFIRMED ON FEBUARY 1-2006. THE APPLICANT FILED HES PETITION FOR DISCRETIONARY REVIEW P.D.R NO.# 1766.06 REFUSE FEBUARY 7TH 2007. IN THE YEAR 2008 THE APPLICANT FILED POST CONVICTION STATE WRIT 11.07 WR NO. C-3-008081-0841035 DENIED BY THE COURT OF CRIMINAL APPEAL ON SEPTEMBER 10TH 2009 C.C.A WR NO.# 63-583-12.

ON JANUARY 20TH 2012 THE APPLICANT RECIEVED NEW EVIDENCE THAT DEMONSTRATES HES ACTUAL INNOCENT THE APPLICANT RECIEVED AN AFFIDAVIT FROM ALIBI WITNESS MRS JENNIFER PULLINS. SEE ATTACHMENT. ON FEBUARY 4TH 2015 THE APPLICANT FILED A ACTUAL INNOCENT CLAIM IN CRIMINAL DISTRICT COURT NO.#3 SEE ATTACHMENT STAMP FILED COVER LETTER TO DEPUTY CLERK JOYCE MEYER THE APPLICANT PRESENTED THE NEW EVIDENCE IN HES SUBSEQUENT WR

#2

C-3-01-___-67-091035

SUBSEQUENT WRIT

## II.

SEE ATTACHMENT EXHIBIT (C) WR NO.# C-3-01-02-67.091035

ON JULY 30.TH 2014 THE APPLICANT FILED HES

SUBSEQUENT WRIT 11.07 § 4 (A) AND PRESENTED

NEW EVIDENCE, JENNIFER PULLINS AFFIDAVIT. ALSO

SEE STAMP FILED COPY OF SUBSEQUENT WRIT 11.07

THAT IS ATTACHED AT THE END OF THIS MOTION.

WR NO.# C-3-01-02-67-091035. THE DISTRICT ATTORNEYS

OFFICE REFUSED TO FILE A RESPONCE AND THE HON, ROBB

CATALANO REFUSED TO HOLD AN EVIDENTRY HEARING ON THE

NEW EVIDENCE AND REFUSED TO DO A FINDING OF

FACT ON THE SUBSEQUENT WRIT. THE APPLICANT HAVE MADE

TWO SEPRITE ATEMP TO THE HON, ROBB CATALANO ABOUT

FOWARDING ALL LEGAL DOCUMENT ON HES CASE TO THE INNOCENT

PROJECT OF TEXAS. SEE EXHIBIT (A) STAMP FILED COPY OF

1ST LETTER BRIEF TO THE HON, ROBB CATALANO ATTACHED ON THE

END OF THIS MOTION. ALSO SEE EXHIBIT (B) STAMP FILED COPY

OF THE 2ND LETTER BRIEF TO THE HON, ROBB CATALANO.

THE APPLICANT MOTION FOR LEAVE FOR
THE COURT TO ISSUE A WRIT OF MANDAMUS
AUTHORISING THE HON ROBB CATALANO
TO RELEASE INFORMATION TO THE INNOCENT
PROJECT OF TEXAS.

## III.

ANY AND ALL RECCRDS, FILES REPORTS AND INFORMATION

OF ANY KIND RELATED TO ME OR TO ANY CRIMINAL

CASE INVOLVEN ME, INCLUDING POLICE REPORT, WITNESS

STATEMENT, POST CONVICTION PLEADINGS, CORRECTIONAL

RECORDS, PRE-SENTENCING REPORTS AND OTHER DOCUMENT

IN PRISON SOCIAL SERVICE AND LEGAL FILE, LEGAL PAPERS

COURT DOCUMENTS, MEDICAL RECORDS, LABORATORY ANALYSIS,

PROBATION REPORTS, ATTORNEY'S FILE AND RECORDS

AND ANY INFORMATION NECESSARY TO THE CLINIC TO

WORK ON MY CASE. ON MY BE HEHALF. AFTER WHICH THE

INNOCENT PROJECT OF TEXAS WILL RETURN ALL LEGAL DOCUMENT

BACK TO THE COUNTY CLERKS OFFICE IN TARRANT COUNTY TEXAS

THE RECCRDS SHOW TWO DIFFRENT GREEN GRAND AM AND

TWO DIFFRENT PARTIAL LICENT PLATES NUMBERS. THE RECCRDS

WILL ALSO SHOW THAT ALL THREE VICTIMS FAILED TO PICK THE

APPLICANT FROM THE SIX MAN PHOTO LINE AND AT THE PRE TRIAL

IDENTIFICATION HEARING. THE INNOCENT PROJECT CAN NOT

INVESTIGATE MY INNOCENT CLAIM WITH OUT THE RECCRDS.

#3

# CONCLUSION
## V.

WHEREFORE PREMESSES AND CONSIDER THE APPLICANT PRAY THAT THE MOTION IS GRANTED AND THE COURT ISSUE A MANDAMUS AUTHORISING THE TRIAL COURT TO RELEASE TO THE INNOCENT PROJECT OF TEXAS OR ITS STAFF OR REPRESENTATIVES, ANY AND ALL RECORDS, FILES, REPORTS AND INFORMATION OF ANY KIND RELATED TO THE APPLICANT OR TO ANY CRIMINAL CASE INVOLVING THE APPLICANT, INCLUDING POLICE REPORT, WRITTEN STATEMENTS, POST CONVICTION, PLEADING AND CORRECTIONAL RECORD, PRE-SENTENCING REPORT AND OTHER DOCUMENT PRISON SOCIAL SERVICE AND LEGAL FILES, LEGAL PAPER COURT DOCUMENTS, MEDICAL RECORDS, LABORATORY ANALYSIS, ATTORNEYS FILE AND RECORDS ANY INFORMATION NECESSARY TO THE CLINIC TO WORK ON MY BEHALF.

THE APPLICANT RONNIE TURNER IS CLAIMING ACTUAL INNOCENT, AND FOR THE TRIAL COURT TO REFUSE TO HERE THIS NEW EVIDENCE WOULD BE A MISCARRIAGE OF JUSTICE. SEE DUGGER V ADAMS 489 U.S 401, 109. S.CT. 1211, 103. LED 2d 435 1989

RESPECTFULLY SUBMITTED

Ronnie Turner #1336062
RONNIE TURNER #1336062
HUGHE UNIT RT-L BOX 4400
GATESVILLE TX 76591

EXECUTED ON THIS THE 7TH DAY OF JULY 2015

#14

C-3-01-02-67-0941085

RONNIE TURNER
VS
THE HON, ROBB CATALANO

\*
\*
\*
\*
\*
\*

CRIMINAL COURT OF

APPEALS IN AUSTEN TEXAS

## ORDER

CAME BEFORE THIS COURT THE APPLICANT MOTION FORE LEAVE TO FILE APPLICATION FOR WRIT OF MANDAMUS THE APPLICANT HAS PRESENT STAMP FILED DOCUMENT EXHIBITS TO THIS COURT SHEWING PROOF THAT HE HAS MADE TWO SEPRIT ATTEMP TO HAVE THE HON, ROBB CATALANO TO ISSUE AN ORDER TO FORWARD ANY AND ALL LEGAL DOCUMENT TO THE INNOCENT PROJECT OF TEXAS AFTER LONG CONSIDERATION THE COURT HEBEBY

GRANT_____

DENIED_____

JUDGE PRESIDING

EXECUTED ON THIS THE\_\_\_\_\_ DAY OF\_\_\_\_\_ 2015

#5.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION WAS MAILED TO THE DISTRICT ATTORNEY SHARON WILSON AT 401 WEST BELKNAP IN FT WORTH TX 76196 ON THIS THE ___7TH___ DAY OF ___JULY___ 2015

Ronnie Turner #1336062

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT WAS MAILED TO THE HON, ROBB CATALANO AT 401 W BELKNAP FT WORTH TX 76196 ON THIS THE ___7TH___ DAY OF ___JULY___ 2015

Ronnie Turner #1336062

#6

CASE NO. 0941085

EXPERT
JENNIFER PULLINS


A F F I D V I T


MY NAME IS JENNIFER PULLINS, I AM OVER THE AGE OF TWENTY-ONE, A RESIDENT

OF TARRANT COUNTY, AND QUALIFIED TO MAKE THIS AFFIDAVIT, ON APRIL 16, 2004

AT 5:30 P.M. I LET RONNIE TURNER, A PERSONAL FRIEND, BORROW MY DAUGHTER,S

CAR TO TAKE A FRIEND OF HIS, HOME. MY DAUGHTER,S CAR IS A GREEN, FOUR-DOOR,

1995 PONTIAC "GRAND AM, THE WINDOWS ARE NOT "TINTED" AND THE LICENSE

PLATE NUMBER IS TEXAS K61-JNH.


I HAD LET RONNIE KNOW THAT I WAS WILLING TO TESTIFY TO THIS AT HIS TRIAL,

BUT HIS ATTORNEY, NOR HIS "DEFENSE"INVESTIGATOR MAKE AN EFFORT TO CONTACT

ME, EITHER BY VISITING MY HOME TO SPEAK WITH ME ABOUT THE MATTER, OR BY

GOING TO MY DAUGHTER,S HOME TO TAKE PICTURES OF"HER CAR FOR RONNIE,S

TRIAL, NEITHER MY DAUGHTER NOR I WERE "EVER" ASKED TO COME DOWN TO RONNIE,S

DEFENSE ATTORNEY,S OFFICE, SO HE COULD TAKE THIS "AFFIDAVIT" AND TAKE THE

NECESSARY PICTURES OF MY DAUGHTER,S "GRAND-AM  FOR PRESENTATION AT RONNIE

TURNER,S TRIAL, ADDITIONALLY, I WAS NEVER CONTACTED BY RONNIE,S ATTORNEY

TO LET ME KNOW WHEN THE DATE OF THE TRIAL WOULD BE, SO THAT I COULD COME

DOWN AND TESTIFY TO THIS MATTER,

WHEN I FINALLY DID HEAR FROM RONNIE,S ATTORNEY, "MR. EMERSON, IT WAS TO
TELL ME THAT A JURY HAD FOUND RONNIE,S GUILTY AND SENTENCED RONNIE TO
FORTY-FIVE YEARS IN PRISON, MR. EMERSON TOLD ME, I NEEDED TO GO DOWN TO SEE
RONNIE, WHICH I DID, BUT THIS "WAS" AFTER

# (1.)

after Ronnie Turner's trial was over. If Mr. Emerson had been in contact with me prior to 11-02-05, the day Ronnie was found guilty, I could have, would have been in court to testify as a witness to the details about my daughter's Pontiac Grand Am. I believe that with my testimony Ronnie Turner would not have been convicted.

I Jennifer Pullins declare under penalty of perjury that the foregoing affidavit is true and correct.

Executed on the _1_ day of _JO_ , 2011.

*Jennifer Pullins*

NOTARY SERVICE

Executed on this the 20th day of _January_ , 2011.

_____
Signature of Notary

- 2 -

**RECEIVED**

JAN 27 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

C-3-010267 - 0941085

CAUSE NO. # 0941085

RONNIE TURNER

VS

THE STATE OF TEXAS

CRIMINAL DISTRICT COURT
NUMBER THREE IN
TARRANT COUNTY TX

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

FEB 04 2015
TIME 4.14
BY_____ DEPUTY

COVER LETTER
1-23-15

DEAR DEPUTY CLERK JAYCE MEYER, ENCLOSED PLEASE FIND (1) INNOCENT PROJECT QUESTONER APPLICATION PLEASE STAMP DATE AND FILE IT WITH CRIMINAL DISTRICT COURT No. # 3. ALSO ON BEHALF OF THE INDIGENT OFFENDER WILL YOU PLEASE FOWARD A COPY TO THE DISTRICT ATTORNEY OFFICE IN TARRANT COUNTY AND TO DEFENSE ATTORNEY DOUGLAS EMERSON AT 501 YORK AVE IN WETHERFORD TX YOU ALSO PLEASE FIND (1) INDIGENT STAMP ENVELOP AND FOWARD A STAMP FILD COPY BACK TO ME AT THE ADDRESS BELOW YOUR ASSISTANCE IN THIS MATTER IS GREATLY APPRICATE.

RESPECTFULLY SUBMITTED

Ronnie Turner # 1336062
HUGHE UNIT RT-1 BOX 44c
GATESVILLE TX 76591

C-3-01-02-C7-0941085

RONNIE TURNER                    X          CRIMINAL DIST COURT
VS                               X          NUMBER THREE
THE STATE OF TEXAS               X
                                 X          **FILED**
                                 X          THOMAS A WILDER, DIST. CLERK
                                            TARRANT COUNTY. TEXAS

ACTUAL INNOCENT CLAIM            JUN 11 2015

                                 TIME _____1:43pm_____
                                 BY _____ DEPUTY

LEGAL DOCUMENT
INFORMATION

DEAR DEPUTY CLERK MICAEL ROBBINS, HELLO
MY NAME IS RONNIE TURNER #1336062 ON
FEBUARY 4TH 2015 I FILED AN ACTUAL INNOCENT CLAIM
THROUGH THE TARRANT COUNTY CLERK OFFICE TO SERVE TO
CRIMINAL DISTRICT COURT NO.#3 AND TO THE DISTRICT
ATTORNEYS OFFICE OF TARRANT COUNTY TEXAS. OKAY
INSIDE THE INNOCENT PROJECT QUESTENER APPLICATION
I SIGND A CONSENT FORM TO RELEASE ANY AND ALL
LEGAL DOCUMENT AND INFORMATION TO THE INNOCENT
PROJECT OF TEXAS IN LUBBOCK TX. OKAY MY
QUESTION IS THIS HAVE THE DISTRICT CLERK OFFICE
RECIEVED AN __ORDER__ FROM THE HON. ROBB CATALENO
OF CRIMINAL DISTRICT COURT NUMBER THREE FOR
THE COUNTY CLERK TO RELEAS ALL RECORDS, FILES
REPORTS AND INFORMATION OF ANY KIND RELATED TO ME
OR TO ANY CRIMINAL CASE INVOLVING ME, INCLUDING
POLICE REPORT, WITNESS STATEMENT, POST CONVICTION PLEADING
CORRECTIONAL RECORDS, PRE-SENTENCING REPORT AND
OUTHE DOCUMENT ATTORNEYS FILE AND RECORDS.? I MAY
HAVE TO FILE A WRIT OF MANDAMUS SO COULD YOU
PLEASE CHECK YOUR RECORDS AND TELL ME HAVE
THE JUDGE ON MY CASE ORDER THE ABOUT LIST OF
DOCUMENT BE RELEAST TO THE INNOCENT PROJECT
OF TEXAS.?
                    RESPECT FULLY YOURS

                    Ronnie Turner #1336062

EXECUTED ON THIS THE __7TH__ DAY OF JUNE 2015

SCANNED

RONNIE TURNER
VS
THE STATE OF TEXAS

C-3-010267-0941085

CRIMINAL DIST COURT
NUMBER THREE IN
TARRANT COUNTY TEXAS

## TEXAS PRISONER INNOCENCE QUESTIONNAIRE

If you want to make an innocence claim, you should first read Chapter 13 of the Offender Legal Handbook, Eleventh Edition. The Offender Legal Handbook is in your unit law library.

If you think you meet the requirements and criteria for making a claim of innocence, fill out the Texas Prisoner Innocence Questionnaire (TPIQ), along with the Consent for Release of Information, and send them to an innocence clinic. Follow the mailing instructions which you will find near the end of the TPIQ. If you do not know the answer to a question, simply say "I do not know." Whenever you are given a choice for an answer (for example, YES or NO) circle the correct answer.

You should not fill out the TPIQ unless you are innocent of the crime(s) holding you in prison. Courts require new, clear and convincing evidence that proves your innocence. "New evidence" means evidence that was not available at the time of trial and was not considered by the court. If your case does not meet the definition above, no new evidence exists to prove your innocence, or the evidence available does not meet a clear and convincing standard, the law school clinics will not take your case. Use your best hand writing. If they can't read it, they can't help you. If you run out of space, write "see attached." On a clean sheet of paper, write the corresponding number of the question you are finishing and complete your answer. If you need more than one additional page of paper to explain a question you are probably writing too much. Keep it short and to the point!

You may need to fill out more than one TPIQ if you are claiming innocence on more than one conviction. Use the following examples to know whether to fill out more than one TPIQ:

- if you were charged with the kidnapping and aggravated sexual assault in an incident that involved a single victim, fill out only one TPIQ.
- if the conviction involves multiple counts against the same victim (for example, sexual assault of the same child on different days), fill out only one TPIQ.
- if you were convicted in two or more sexual assaults, involving different victims who were attacked at different times, fill out a TPIQ for each conviction.

RECEIVED
JAN 27 2015
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK CLERK

FILED
THOMAS A WILDER DIST CLERK
TARRANT COUNTY TEXAS
FEB 04 2015
TIME 4:14 pm
BY _____ DEPUTY

# TEXAS PRISONER INNOCENCE QUESTIONNAIRE

I. **APPLICANT CHECKLIST-** Check "yes" or "no" for each question below as it relates to the conviction you are claiming innocence for. If you are claiming innocence on more than one conviction, reread the first page to see if you need to fill out a separate TPIQ for each conviction.

| YES | NO | THE CRIME YOU CLAIM INNOCENCE FOR: |
|---|---|---|
| ✓ | | Was it committed in Texas? |
| | ✓ | Was it for an offense that occurred while in custody? |
| ✓ | | Is it a FELONY? |
| | ✓ | Is it a FEDERAL conviction? |
| | ✓ | Is it a DEATH PENALTY conviction? |
| | ✓ | Is it a drug-related conviction? |
| | ✓ | Did you plead GUILTY, NO CONTEST or NOLO CONTENDERE? |
| ✓ | | Have you exhausted your direct appeals? |
| | ✓ | Do you currently have a state and/or federal writ pending? |
| | ✓ | Are you currently represented by an attorney? |
| | ✓ | Have you ever been released to parole/probation on the conviction? |
| | ✓ | If you were released to parole/probation on the conviction, was that parole/probation ever revoked? |
| | ✓ | If your parole/probation was revoked, is the innocence claim on the underlying offense (not on the reason for the revocation)? |
| ✓ | | Are you currently incarcerated? |

## I. PERSONAL INFORMATION

A. Full name (first, middle, last): _Ronnie Turner #1336062_

B. Date of birth: _DEC 19 TH 1964_

C. TDCJ number: _# 1336062_

D. Current unit and mailing address:
 _HUGHE_

E. Email address (if any):

F. What was your Driver's License Number at the time of conviction (even if now currently invalid)? _NA_       State of issuance: _NA_

# CONSENT FOR RELEASE OF INFORMATION

By signing below, I authorize _INNOCENT PROJECT OF TEXAS_
*[insert name of clinic]*

(hereinafter "Clinic") its staff or representatives to investigate my case, communicate with my former attorneys, prosecutors, witnesses, the Texas Department of Criminal Justice, Texas Board of Pardons and Paroles, probation and parole officers, and all other persons or governmental agencies that may have information that the Clinic deems necessary in evaluating my case. I specifically waive the attorney-client privilege existing between myself and my former attorneys, paralegals, legal assistants, investigators and other representatives who worked on my behalf and grant them permission to speak to the Clinic's attorneys, staff and representatives investigating my case.

I authorize any and all entities to release to the Clinic or its staff or representatives, any and all records, files, reports and information of any kind related to me or to any criminal case involving me, including police reports, witness statements, post conviction pleadings and correctional records, pre-sentencing reports and other documents in prison social services and legal files, legal papers, court documents, medical records, laboratory analysis, probation reports, attorneys' files and records, and any information necessary to the Clinic to work on my behalf.

I also authorize the release to the Clinic or its staff or representatives any and all records and information in the possession of the Texas Department of Criminal Justice Correctional Institutions Division, Custodian of Medical Records, Unit Classification, or any other state or federal penal institution, including juvenile facilities or mental health or medical facilities, rehabilitation clinics or centers, and any court or probation department, including juvenile. I authorize the release of any documents in the possession of the Federal Bureau of Investigation or any other federal, state, or local law enforcement agency. I also authorize the release of any and all military records.

I further authorize the release of any and all information and records from public or private schools, medical or mental health institutions, or other such institutions, including all prison reports and records, all medical and psychiatric or mental health records, notes, nursing sheets, hospitalization records, physician notes or prescriptions, or any other type of report or record maintained by any of the above institutions, including records concerning substance abuse. I also authorize release of any and all employment records. I also authorize release of any and all records made by or in the possession of any and all attorneys.

I understand that there may be statutes, rules and regulations that protect my confidentiality of some of the records, files, reports and information covered by this release; it is my specific intent to waive the protection of all such statutes, rules and regulations so that confidential information can be shared with the Clinic.

I further authorize the Clinic to disseminate information, other than confidential information, to other persons or entities as may be necessary to fully investigate my case or to assist me with receiving services from such persons. I authorize the Clinic to enter pertinent information into a network database that will be accessed by other clinics pursuing innocence claims.

I understand that by conducting an initial investigation, the Clinic is not agreeing to represent me. I further understand that at any point the Clinic, at its sole discretion, may determine that further investigation is not warranted, and is under no obligation to continue to represent me or investigate my case.

A photocopy of this document shall have the same effect as the original.

By my signature below, I represent that this waiver is voluntary and given without any reservation. This authorization is effective until revoked by the undersigned in writing.

Signature: _Ronnie Turner_ Date of Birth: _12-19-64_

Printed Name: _RONNIE TURNER_ TDCJ No.: _#1336062_

Date: _2-4-15_

Witness Signature: _____

Witness Printed Name: _____ Date: _____

CAUSE NO.# C-3-01-CL-67-C941085

✗ Γ ▓▓▓▓▓▓▓ ⌐
✗ Γ ⌐
✗ L ⌐

RONNIE TURNER
VS
THE STATE OF TEXAS

✗
✗
✗
✗

CRIMINAL DIST COURT
NUMBER THREE IN
TARRANT COUNTY TEXAS

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

APR 27 2015

TIME 1:53pm
BY _____ DEPUTY

COVER LETTER

DEAR DEPUTY CLERK MICAEL ROBBINS ENCLOSED PLEASE FIND THE FOLLOWING DOCUMENT.

(1) MOTION FOR CONSENT TO RELEASE INFORMATION TO THE INNOCENT PROJECT OF TEXAS WITH ATTACHMENT INFORM. PAPERS FFIDAVIT WITH A COPY OF THE INMATE TRUST ACCOUNT

(2) A INDIGENT SELF ADDREASS ENVELOP BACK TO THE OFFENDER RONNIE TURNER. ALSO PLEASE STAMP DATE AND FILE THE ABOVE LIST OF DOCUMENT TO THE COURT C.D.C No.# 3 ALSO THE APPLICANT IS A INDIGENT OFFENDER AND IS IN NEED OF THE CLERK ASSISTANCE IN THIS MATTER. ON BEHALF OF THE INDIGENT OFFENDER WOULD YOU PLEASE PROVIDED A COPY OF THE LEGAL DOCUMENT TO DISTRICT ATTORNEY SHARON WILSON AT 401 W BELKNAP IN FT WORTH TX 76196 AND TO MRS JENNIFER MIRLL CASE DIRECTOR OF THE INNOCENT PROJECT IN LUBBOCK TEXAS 1511 TEXAS AVE 79401 AND FOWARD A STAMP FILE COPY BACK TO ME AT THE ADDREASS BELOW.? YOUR ASISTANCE IN THIS MATTER IS APPRECIATED.

RESPECTFULLY YOUR

Ronnie Turner #1336062
HUGHE UNIT RT-2 Box 4400
GATESVILLE TX 76597



# TARRANT COUNTY

**Thomas A. Wilder**
 *District Clerk*

June 18, 2015

Ronnie Turner
TDCJ# 1336062
Alfred Hughes Unit
RT 2 Box 4400
Gatesville, Texas 76597

Re: C-3-010267-0941085-M

Dear Mr. Turner:

    The District Clerk's office has received your last five letters. At this time, we have not received a response from the Trial Court regarding your Motion for Consent to Release Information to the Innocent Project. For the District Clerk to send copies of your records to the Innocent Project we would need to receive payment prior to sending those records. A Bill of Cost was previously sent to you and I will include another copy with this letter.

    Listed below are the costs directly for the specific documents that you have requested:

> Indictment - 2 pages
> Judgment and Sentence - 2 pages
> Copy of Special Issue on Court's Charge - 7 pages

I hope that this answers the questions that you have presented to our office.

Sincerely,

Cindy Dutra
Lead Appeals Clerk



## TARRANT COUNTY

Thomas A.Wilder
  District Clerk

March 9, 2015

RE: Request for copies.

DATE:     MARCH 9, 2015       DRAWER NUMBER:

NAME:     RONNIE TURNER       CAUSE NUMBER:    0941085D AND C-3-010267-0941085-M

Court records are available at $.35 per page not certified, or $1.00 per page certified, payable in advance. Please remit by money order, cashiers check or business check made payable to Thomas A. Wilder, District Clerk.

X     Your request requires 847 page(s). Upon submitting payment for copies, please return the enclosed copy of your request letter so that we can fill your order correctly

X     Other: THE NUMBER OF PAGES FOR YOUR WRIT C-3-010267-0941085-M IS 145 PAGES. THE NUMBER OF PAGES FOR YOUR TRIAL COURT RECORD 0941085D IS 702 PAGES.

Contact the court reporter listed below to request a copy of the statement of facts/Reporter's record and the costs for same.

Name:

Address:

Sincerely,

Thomas A.Wilder
District Clerk
Tarrant County, Texas

By: _CINDY DUTRA_
CINDY DUTRA, Deputy

Encl: Copy of request letter

Revised: June 27, 2003

C-3-01-02-67-041085
02-05-427-CR

STATE OF TEXAS
COUNTY OF CORYELL

```
*
*
*
*
*
```

## AFFIDAVIT OF INDIGENCY

THE FOLLOWING AFFIDAVIT IS MADE PURSUANT TO THE TEXAS RULE OF CIVIL PROCEDURE/RULE OF THE DISTRICT AND COUNTY COURT - RULE: 145

COMES NOW RONNIE TURNER #1336062 AND SWEAR UPON OATH AND AFFIRMATION THAT I AM UNABLE TO PAY THE COURT COST IN THIS ACTION CAUSE NO# 041085 AND REQUEST LEAVE OF THE COURT TO PROCEED IN FORMA PAUPERIS AND WOULD SHOW THIS HONORABLE COURT THE FOLLOWING: I AM PRESENTLY CONFINED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE AT THE ALFRED D. HUGHE UNIT IN GATESVILLE TEXAS. I AM NOT PREMITTED TO EARN OR HANDLE ANY MONEY: I CURRENTLY HAVE $5 00$^{CT}$ CREDITED TO ME IN THE INMATE TRUST FUND: I HAVE NO DEPENDANTS: I OWE $ 00$^{CT}$ IN RESTITUTION: AND MY MONTHLY EXPENSES ARE APPROXIMATELY $5 00$^{CT}$. I NEITHER OWN NOR HAVE AN INTEREST IN ANY REAL ESATE, STOCK, BOND, OR BANK ACCOUNT AND I RECIEVED NO INTERESTED FROM ANY SOURCE

### INMATE UNSWORN DECLERATION

I RONNIE TURNER #1336062 BEING CURRENTLY INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE AT THE ALFRED D. HUGHE UNIT IN GATESVILLE TX AFFIRM AND DEPOSE UNDER PENALTY OF PERJURY THAT I AM UNABLE TO PAY FOR THE INVESTIGATION REPORT AND COURT COST. I VERIFY THAT THE STATEMENT MADE IN THIS AFFIDAVIT IS TRUE AND CORRECT. EXECUTED ON THIS THE _____ DAY OF _____ 2015

*Ronnie Turner* #1336062
RONNIE TURNER #1336062
HUGHE UNIT RT-1 BOX 4400
GATESVILLE TX 76597

#3

IN THE ~~████████~~ STATES DISTRICT COURT
FOR THE _NOR THEN_ DISTRICT OF TEXAS
_FT WORTH TX_ DIVISION

_Ronnie Turner #1336662_
Plaintiff's name and ID Number

_ALFRED D HUCHE UNIT_
Place of Confinement

CASE NO._____
(Clerk will assign the number)

V.

_HON, ROBB CATALANG_
_4c/ W BECKNAN_
_FT WORTH TX 76196_

APPLICATION TO PROCEED
IN FORMA PAUPERIS

Defendant's name and address

I, _Ronnie Turner_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.    Have you received, within the last 12 months, any money from any of the following sources?

|   |   |   |   |
|---|---|---|---|
| a. | Business, profession or from self-employment? | Yes ☐ | No ☑ |
| b. | Rent payments, interest or dividends? | Yes ☐ | No ☑ |
| c. | Pensions, annuities or life insurance payments? | Yes ☐ | No ☑ |
| d. | Gifts or inheritances? | Yes ☐ | No ☑ |
| e. | Family or friends? | Yes ☐ | No ☑ |
| f. | Any other sources? | Yes ☐ | No ☑ |

If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

_I Recive $20.cc Every Two Months_

2.    Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

Yes ☐        No ☑

If you answered **YES** to any of the questions above, state the total value of the items owned.

_NA_

1

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐      No ☑

If you answered **YES**, describe the property and state its approximate value.

_____NA_____
_____No_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the _____ day of _____, 20 ____.


_Ronnie Turner_    #1336cLL
Signature of Plaintiff              ID Number


**YOU <u>MUST</u> ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

EXHIBIT C

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

JUN 0 5 2015

TIME 2:02am
BY _____ DEPUTY

RONNIE TURNER
VS
THE STATE OF TEXAS

\*
\*
\*
\*
X
\*

IN CRIMINAL DIST
COURT NUMBER THREE
IN TARRANT COUNTY TX

1ST LETTER BRIEF TO COURT JUDGE
THE DEFENDANT REQUEST THAT THE
COURT GIVE HIM A WRITEN
STATEMENT WHY THE COURT
DID NOT RULE ON THE MOTION
TO RELEASE INFORMATION TO
INOCENT PROJECT OF TEXAS

TO THE HON JUDGE OF C.D.C No #3 TARRANT COUNTY.
MAY IT PLEASE THE COURT NOW COMES
RONNIE TURNER IN THE ABOVE STYLES IN
NUMBER AND MOVES THE COURT TO GIVE A
WRITEN STATEMENT WHY THIS COURT DID NOT
RULL ON THE MOTION TO RELEASE INFORMATION
TO THE INNOCENT PROJECT OF TEXAS. THE DEFENDANT
CONVICTION IS FINAL. AND WOULD SHOW THE FOLLOWING.
MORE THEN (30) DAYS HAS PAST SINCE THE MOTION WAS FILLED

STATEMENT OF FACT

I.

THE DEFENDANT WAS CONVICTED FOR AGGRAVATED ROBBERY
AND SENTENS TO (45) YEARS TEXAS DEPARTMENT OF
CRIMINAL JUSTICE. CAUSE No #0941c8. THE DEFENDANT
APPEAL HIS CONVICTION IN SECOND COURT OF APPEALS
CASE No #02-05-427-CR.           P.D.R No # 1766-06

ON FEBUARY 4TH 2015 THE DEFENDANT FILED AN
ACTUAL INNOCENT CLAIM AND PROVIDED THIS COURT
AND THE STATE WITH A COPY OF THE INNOCENT PROJECT
QUESTENER APPLICATION THAT HE FILED WITH THE INNOCENT
PROJECT OF TEXAS. ON APRIL 27TH 2015 THE
DEFENDANT FILE MOTION TO RELEASE INFORMATION
TO THE INNOCENT PROJECT OF TEXAS. RESPECTFULLY
SUBMITTED.

Ronnie Turner #1336062
RONNIE TURNER #1336062
HUGHE UNIT RT-2 BOX 4400
GATESVILLE TEXAS 76597

SCANNED

#1                    5-28-15

C-3-01-02-67-0941085

* ⌈EXHIBIT 8⌉
*
*
*
*
*
*

RONNIE TURNER
VS
THE STATE OF TEXAS

IN CRIMINAL DISTRICT
COURT NUMBER THREE
TARRANT COUNTY TEXAS

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY. TEXAS

JUN 29 2015

TIME 8:47am
BY MB. DEPUTY

2ND THE HON. ROBB CATALANO
SECOND LETTER BRIEF TO
TRIAL COURT JUDGE. WRIT
OF MANDAMUS NOTICE

MAY IT PLEASE THE COURT NOW COMES RONNIE TURNER IN THE ABOVE STYLES IN NUMBER, THE DEFENDANT RONNIE TURNER WAS CONVICTED IN THIS COURT ROOM ON NOV 2. 2005 AND SENTENS TO (45) YEARS TEXAS DEPT OF CRIM JUSTICE. IN THE YEAR 2006 THE DEFENDANT DIRECT APPEAL WAS AFFIRMED IN 2ND COURT OF APPEALS No.# 02-05-427-CR. AND IN THE YEAR 2007 THE DEFENDANT P.D.R WAS REFUSED No.#1760-06 ON FEBUARY 4TH 2015 THE DEFENDANT FILED AN ACTUAL INNOCENT CLAIM BAST ON NEWLY DISCOVERD EVIDENCE FOUND ON JAN 20TH 2012 THE DEFENDANT SIGND A CONSENT FORM TO RELEASE OF INFORMATION TO THE INNOCENT PROJECT OF TEXAS AND PROVIDED THIS COURT WITH A STAMP FILED COPY OF THE INNOCENT PROJECT FORM. I REQUESTED THE COURT TO RELEASE ANY IN ALL RECORDS FILES REPORTS AND INFERMATION OF ANY KIND RELATD TO ME OR TO ANY CRIMINAL CASE INVOLING ME, INCLUDING POLICE REPORT WITNESS STATEMENT, POST CONVICTION PLEADING AND CORRECTIONAL RECORDS, PRE-SENTENCING REPORTS AND OTHER DOCUMENT IN PRISON SOCIAL SERVICES AND LEGAL FILE, LEGAL PAPERS, COURT DOCUMENT MEDICAL RECORDS, LABORATORY ANALYSIS PROBATION REPORTS ATTORNEY FILE AND RECORD AND ANY INFERMATION NECESSARY TO THE CLINIC TO WORK ON MY BEHALF. ON MAY 29TH 2015 I THE DEFENDANT WROTE MY 1ST LETTER BRIEF TO THIS COURT ASKING THE COURT TO EXSPLANE TO THE DEFENDANT WHY THE DOCUMENT HAS NOT BEEN FORWARDED TO THE INNOCENT PROJECT OF TEXAS. AND AGAINE THIS COURT REFUSED TO RESPOND TO THE DEFENDANT THERE FORE THE DEFENDANT IS GIVEN THE TRIAL COURT NOTICE THAT IF THE REQUESTED DOCUMENT ARE NOT RELEAST TO THE INNOCENT PROJECT THAT A WRIT OF MANDAMUS WILL BE FILED IN THE COURT OF CRIM APPEALS. THANK YOU FOR YOU TIME

Ronnie Turner #1336066

EXECUTED ON THIS THE 28TH DAY OF JUNE 2015

*EXHIBIT E*

*SUBSEQUENT WRIT*
*NEW EVIDENCE*

*C-3-010267-0941085*

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

JUL 30 2014

TIME _____
BY _____ DEPUTY

Case No. _____
(The Clerk of the convicting court will fill this line in.)

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### APPLICATION FOR A WRIT OF HABEAS CORPUS
### SEEKING RELIEF FROM FINAL FELONY CONVICTION
### UNDER CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07

NAME: Ronnie Turner

DATE OF BIRTH: December 19TH 1964

PLACE OF CONFINEMENT: Hughe Unit

TDCJ-CID NUMBER: 1336662     SID NUMBER: _____

(1)   This application concerns (check all that apply):

    ☑ a conviction        ☐ parole

    ☐ a sentence        ☐ mandatory supervision

    ☐ time credit        ☐ out-of-time appeal or petition for discretionary review

(2)   What district court entered the judgment of the conviction you want relief from? (Include the court number and county.)

CRIMINAL DISTRICT COURT No #3 IN TARRANT COUNTY TX

(3)   What was the case number in the trial court?

CASE No.# 0941085

(4)   What was the name of the trial judge?

HON ELIZABETH BERRY

Effective: January 1, 2014      1      Rev. 01/14/14

```
INIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE         07/07/15
50/BHA9479                IN-FORMA-PAUPERIS DATA                 07:41:45
CJ#: 01336062 SID#: 03276973 LOCATION: ALFRED HUGHES   INDIGENT DTE: 06/11/15
ME: TURNER, RONNIE                      BEGINNING PERIOD: 01/01/15
EVIOUS TDCJ NUMBERS: 00689840 00875965
RRENT BAL:         0.00 TOT HOLD AMT:       0.00 3MTH TOT DEP:      105.00
TH DEP:          162.40 6MTH AVG BAL:       4.90 6MTH AVG DEP:       27.07
NTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
/15      23.33         25.00         03/15      38.93         40.00
/15      57.28         60.00         02/15      13.80         15.00
/15      18.80         20.00         01/15       3.40          2.40
OCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

BRITTNEY STAR HAMILTON
Notary Public
STATE OF TEXAS
My Comm. Exp. 11-11-2018
NOTARY WITHOUT BOND

ATE OF TEXAS COUNTY OF Coryell
  THIS THE 7 DAY OF July , 15, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
MPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
MPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: